

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,305-01

### EX PARTE RAY ALLEN NEIL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W13463-1 IN THE 355TH DISTRICT COURT FROM HOOD COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The record does not contain a copy of any memorandum of law, which Applicant contends was filed shortly after his habeas corpus application.

The district clerk shall either forward to this Court Applicant's Memorandum of Law or certify in writing that it is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: December 2, 2019
Do not publish